Rissa A. Stuart (SBN 166459)
rstuart@kschanford.com
Josh T. Fox (SBN 282072)
jfox@kschanford.com
**KAHN, SOARES & CONWAY, LLP**
219 North Douty Street
Hanford, CA 93230
Phone: (559) 584-3337
Fax: (559) 584-3348

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HECHINGER JOINT VENTURE #1, a California general partnership; HECHINGER JOINT VENTURE #2, a California general partnership,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., an individual,<br><br>　　　　　　　　Defendant. | Case No. 1:17-CV-00175-AWI-SAB<br><br>**STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

　　　Plaintiffs, Hechinger Joint Venture #1 and Hechinger Joint Venture #2 (hereinafter "Plaintiffs"), and Defendant Home Depot U.S.A., Inc. (hereinafter "Defendant"), by and through their attorneys of record in this matter, hereby stipulate and agree that:

　　　WHEREAS, Plaintiffs filed their initial Complaint in the Superior Court of California, County of Tulare, on December 16, 2016;

　　　WHEREAS, Defendants were served with Plaintiffs' Complaint and Summons on January 10, 2017;

　　　WHEREAS, Defendant served and filed Notice of Removal to this Court on or about February 8, 2017 (ECF No. 1);

WHEREAS, the Court's Initial Scheduling Order issued February 9, 2017 (ECF No. 3) provides that a Mandatory Scheduling Conference shall be held on April 21, 2017;

WHEREAS, after Defendants removed to this Court and after the Court issued its Initial Scheduling Conference Order, Plaintiffs elected to retain the firm of Kahn, Soares & Conway, LLP as substitute counsel for the purpose of proceeding in this Court;

WHEREAS, Plaintiffs' new counsel require additional time to become familiar with the issues presented and to subsequently engage in meaningful conference with Defendant's counsel under Fed. R. Civ. P. 26(f);

NOW, THEREFORE, IT IS HEREBY STIPULATED that the Mandatory Scheduling Conference scheduled for April 21, 2017 be continued to **June 22, 2017, at 2:00pm in Courtroom 9 (6th Floor)**.

KAHN, SOARES & CONWAY, LLP

Date: April 7, 2017                By      /s/ *Josh T. Fox*
                                           Rissa A. Stuart, Esq.,
                                           Josh T. Fox, Esq.
                                           Attorneys for Plaintiffs

SEDGWICK LLP

Date: April 7, 2017                By      /s/ *Nora Wetzel* (as authorized on 4/7/17)
                                           Randall Block, Esq.,
                                           Nora Wetzel, Esq.
                                           Attorneys for Defendant

**ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The Mandatory Scheduling Conference initially scheduled for April 21, 2017 at 10:45 a.m. in Courtroom #9 (6th Floor) is hereby continued to **June 22, 2017, at 2:00pm in Courtroom 9 (6th Floor)**.

IT IS SO ORDERED.

Dated:   **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE