SEDGWICK LLP
STEVEN D. ROLAND, State Bar No. 108097
RANDALL G. BLOCK, State Bar No. 121330
NORA E. B. WETZEL, State Bar No. 287773
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HECHINGER JOINT VENTURE #1, a California General Partnership, HECHINGER JOINT VENTURE #2, a California General Partnership, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Corporation, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 1:17-cv-00175-AWI-SAB <br><br> **STIPULATION AND ORDER EXTENDING F.R.C.P. RULE 26 (a) INITIAL DISCLOSURE DEADLINE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs HECHINGER JOINT VENTURE #1 and HECHINGER JOINT VENTURE #2 ("Plaintiffs") and defendant HOME DEPOT U.S.A., INC. ("Defendant") (collectively, "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 26[1] (a)(1)(C) to extend the deadline from June 6, 2017 to June 30, 2017 for the Initial Disclosures required by Rule 26 (a)(1), and request that the Court enter an Order that the Initial Disclosures required by Rule 26 (a)(1) are due by June 30, 2017.

---

[1] Hereinafter, F.R.C.P. Rule 26 is referred to as "Rule 26".

## STIPULATION

WHEREAS, on May 23, 2017, the Parties, through counsel, met and conferred on the topics required by the Court in advance of the Scheduling Conference set for June 22, 2017 ("Rule 26 (f) Conference");

WHEREAS, the deadline for Initial Disclosures required by Rule 26 (a)(1)(C) would ordinarily be June 6, 2017, 14 days after the Parties' Rule 26 (f) Conference;

WHEREAS, the Parties agree to provide each other additional time to prepare the Initial Disclosures required by Rule 26 (a)(1);

WHEREAS, Rule 26 (a)(1)(C) permits the Parties to stipulate to a due date for Initial Disclosures (F.R.C.P. 26 (a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26 (f) conference **unless a different time is set by stipulation** or court order…") (emphasis supplied));

NOW, THEREFORE, pursuant to Rule 26 (a)(1)(C), the Parties jointly request and HEREBY STIPULATE that the deadline for Initial Disclosures required by Rule 26 (a)(1) for this action be extended to June 30, 2017.

DATED:  May 30, 2017                    KAHN, SOARES & CONWAY LLP


By:     _/s/ Josh T. Fox_____
        JOSH T. FOX
        Attorneys for Plaintiffs
        HECHINGER JOINT VENTURE #1,
        HECHINGER JOINT VENTURE #2

///
///
///
///
///

///

DATED: May 30, 2017                    SEDGWICK LLP


                                       By:  ___/s/ *Nora E. Wetzel*_____
                                            STEVEN D. ROLAND
                                            RANDALL G. BLOCK
                                            NORA E. B. WETZEL
                                            Attorneys for Defendant
                                            HOME DEPOT U.S.A., INC.


## ORDER ON STIPULATION

        Pursuant to the stipulation of the Parties, the deadline for Initial Disclosures required by Rule 26 (a)(1) shall be extended to June 30, 2017.


IT IS SO ORDERED.

Dated:   **May 30, 2017**

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE