1

2 UNITED STATES DISTRICT COURT

3 EASTERN DISTRICT OF CALIFORNIA

4                                      )
                                       )      **CASE NO.   1:17-cv-00175-AWI-SAB**
5 HECHINGER JOINT VENTURE,             )
                                       )      ORDER ASSIGNING CASE
6                                      )      RE PRESIDING JUDGE
         Plaintiffs                    )
7                                      )
              vs                       )
8                                      )
  HOME DEPOT, INC.,                    )
9                                      )
                                       )
10        Defendant.                   )
                                       )
11

12
         IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of
13
Magistrate Judge  STANLEY A. BOONE as Presiding Judge of the above entitled action.   The
14
parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further
15
proceedings in this case, including trial and entry of  final judgment.
16

17
# ALL FUTURE PLEADINGS SHALL BE
18

19
# NUMBERED AS FOLLOWS:
20

21
# 1:17-cv-00175 SAB
22

23 IT IS SO ORDERED.

24 Dated:   June 29, 2017          _____

25                                    SENIOR   DISTRICT   JUDGE

26

27

28