# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HECHINGER JOINT VENTURE #1, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No. 1:17-cv-00175-SAB<br><br>STIPULATION AND ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE AND ALLOCATION OF COSTS<br><br>(Fed. R. Civ. P. 41(a), 54(d)) |

On September 25, 2017, Plaintiffs filed a stipulation dismissing this action without prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and with the parties to bear their own costs and attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __September 25, 2017__

_____
UNITED STATES MAGISTRATE JUDGE